STATE of Missouri, Respondent,

v.

Gregory PEEPLES, Appellant.

No. ED 93051.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 2, 2010.

Susan S. Kister, St. Louis, MO, for Appellant.

Christopher Koster, Terrence M. Messonnier, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before KENNETH M. ROMINES, C.J., ROY L. RICHTER, J., and KURT S. ODENWALD, J.

*ORDER*

PER CURIAM.

Gregory Peeples appeals from the trial court's judgment and sentence after a jury found him guilty of leaving the scene, resisting arrest, endangering a child, and second-degree assault. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

1. All rule references are to Mo. Sup.Ct. R.

The judgment is affirmed pursuant to Rule 30.25(b).